
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10262 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-02214-JGZ |
| v. | |
| JESUS LANDAVAZO-AGUNDEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Linda R. Reade, District Judge, Presiding[**]

Submitted June 18, 2013[***]

Before:     TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Jesus Landavazo-Agundez appeals from the district court's judgment and

challenges his guilty-plea conviction and 60-month sentence for possession with

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Linda R. Reade, Chief Judge of the United States District Court for the Northern District of Iowa, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)(II). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Landavazo-Agundez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Landavazo-Agundez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Landavazo-Agundez has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**